

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

A 5 Acre Tract of Land and All Improvements Thereupon, Bearing the Address: 1483 Friendship Road, Weatherford, Parker County, Texas 76085,

\* From the 43rd District Court of Parker County, Trial Court No. CV12-0976.

Vs. No. 11-13-00352-CV

\* November 12, 2015

The State of Texas,

\* Memorandum Opinion by Wright, C.J. (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Jimmy Wayne Mack.